UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERROD L. DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-1615-DKL-TWP |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

*Judgment*

The Commissioner's decision denying benefits is **AFFIRMED** and judgment is entered in favor of the Defendant Carolyn W. Colvin and against Plaintiff Jerrod L. Day.

Date: 9/6/2016

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Electronic distribution to counsel of record